1
2
3
4
5
6
7
8 **UNITED STATES DISTRICT COURT**
9 **EASTERN DISTRICT OF CALIFORNIA**
10

11 LOUIS MAGEE,                    ) Case No.: 1:21-cv-01553-NONE-JLT (HC)
                                 )
12         Petitioner,           ) ORDER GRANTING RESPONDENT'S MOTION
                                 ) FOR EXTENSION OF TIME TO FILE RESPONSE
13     v.                        ) TO PETITION
                                 )
14 W.J. SULLIVAN, Warden,        )
                                 ) (Doc. 11)
15         Respondent.           )
                                 ) 60-DAY DEADLINE
16 _____ )

17         On December 17, 2021, Respondent filed a motion to extend time to file response to petition

18 for writ of habeas corpus.  (Doc. 11.)  Good cause appearing therefore, the Court **GRANTS**

19 Respondent's motion to extend time.  Respondent SHALL respond to the petition for writ of habeas

20 corpus within sixty days from the date of service of this order.

21

22 IT IS SO ORDERED.

23     Dated: __**December 20, 2021**__          _____ **/s/ Jennifer L. Thurston**
24                                              CHIEF UNITED STATES MAGISTRATE JUDGE
25
26
27
28