1
2
3
4
5
6
7

8                           **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11   LOUIS MAGEE,                          )   Case No.: 1:21-cv-01553-NONE-JLT (HC)
                                           )
12              Petitioner,                )   ORDER DENYING MOTION FOR
                                           )   APPOINTMENT OF COUNSEL
13         v.                              )
                                           )   (Doc. 13)
14   W.J. SULLIVAN, Warden,                )
                                           )
15              Respondent.                )
                                           )
16   _____        )

17         On December 20, 2021, Petitioner filed a motion to appoint counsel. (Doc. 13.) There currently

18   exists no absolute right to appointment of counsel in habeas proceedings. See, e.g., Anderson v.

19   Heinze, 258 F.2d 479, 481 (9th Cir. 1958); Mitchell v. Wyrick, 727 F.2d 773, 774 (8th Cir. 1984).

20   However, Title 18 U.S.C. § 3006A(a)(2)(B) authorizes the appointment of counsel at any stage of the

21   case if "the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases. In the

22   present case, the Court does not find that the interests of justice require the appointment of counsel at

23   the present time. Accordingly, Petitioner's request for appointment of counsel is DENIED.

24

25   IT IS SO ORDERED.

26      Dated:   __**December 21, 2021**__      _____**/s/ Jennifer L. Thurston**_____
                                               CHIEF UNITED STATES MAGISTRATE JUDGE
27

28