# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS MAGEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W.J. SULLIVAN, Warden,<br><br>　　　　Defendant. | Case No.: 1:21-cv-01553-NONE-JLT (HC)<br><br>ORDER GRANTING RESPONDENT'S REQUEST TO VACATE ORDER DIRECTING RESPONDENT TO FILE RESPONSE TO PETITION<br><br>(Doc. 15) |

On December 21, 2021, Respondent filed a request to vacate the order directing Respondent to file a response to the petition for writ of habeas corpus. (Doc. 15.) Respondent provides that the petition and Petitioner in this case are identical to those in pending case number 1:21-cv-01598-AWI-HBK. (Id.) Accordingly, the Court grants Respondent's request to vacate the order directing Respondent to file a response.

IT IS SO ORDERED.

Dated: __December 22, 2021__　　　　　　　　___/s/ Jennifer L. Thurston__
　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE