UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS MAGEE, | Case No.: 1:21-cv-01553 JLT (HC) |
| Petitioner, | ORDER TO DISMISS PETITION AS DUPLICATIVE AND SUCCESSIVE |
| v. | |
| W.J. SULLIVAN, Warden, | |
| Respondent. | |

On October 21, 2021, Petitioner filed the instant habeas petition in this Court. (Doc. 1.) Petitioner challenges his January 18, 2018 conviction. Petitioner is already proceeding with a petition challenging this conviction in Magee v. Cates, Case No. 1:21-cv-01598-AWI-HBK (HC). In both actions, Respondent filed a notice of related cases.

Review of the petitions filed in both actions reveals that the instant petition duplicates the prior petition. A federal court must dismiss a second or successive petition that raises the same grounds as a prior petition. 28 U.S.C. § 2244(b)(1). The Court **ORDERS** that the petition be dismissed as duplicative and successive.

IT IS SO ORDERED.

Dated: **January 9, 2022**

UNITED STATES DISTRICT JUDGE